# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**LISHA LEE KWASINSKI**                                                   **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 3:20-CV-143-MPM-DAS**

**SOCIAL SECURITY ADMINISTRATION**                                  **DEFENDANT**

## ORDER

On July 20, 2020, Magistrate Judge Sanders entered a Report and Recommendation which recommended that plaintiff's motion for leave to proceed *in forma pauperis* be denied, but that she be granted "some additional time in which to pay the filing fee." [R&R at 2]. On August 3, 2020, plaintiff filed an objection to the R&R, arguing that her recent payment of $585.42 for car insurance rendered her unable to pay the $400 filing fee. [Docket entry 6]. In the court's view, however, this expense, which is hardly unusual or unexpected, constitutes insufficient reason to question the Magistrate Judge's conclusion, based on handling many similar motions, that plaintiff's husband has sufficient income to preclude *in forma pauperis* status. This court will therefore overrule the objection to the Report and Recommendation, but, consistent with Judge Sanders' recommendation, it will give plaintiff some additional time to secure the necessary funds for the filing fee.

It is therefore ordered that the Magistrate Judge's Report and Recommendation is adopted as the ruling of this court, and plaintiff is advised that she has fourteen (14) days from the entry of this order to pay the $400 filing fee, or else this action will be dismissed.

This, the 29th day of October, 2020.

                                                                           /s/ Michael P. Mills
                                                                           **UNITED STATES DISTRICT JUDGE**
                                                                           **NORTHERN DISTRICT OF MISSISSIPPI**