IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LISA LEE KWASINSKI**                                                                      **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:20-CV-143-DAS**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                            **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court on the plaintiff's complaint for judicial review the agency's denial of an out-of-time request for a hearing. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows, to-wit:

For the reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, the court finds that the decision of the Commissioner of Social Security is supported by substantial evidence and does not represent an abuse of discretion. The decision is hereby affirmed.

**SO ORDERED AND ADJUDGED** this the 4th day of January, 2022.


                                       **/s/ David A. Sanders**
                                       **UNITED STATES MAGISTRATE JUDGE**